# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

DAWN GIROIR

CASE NO.  6:26-CV-01037

VERSUS

JUDGE ROBERT R. SUMMERHAYS

GREG AUCOIN

MAGISTRATE JUDGE CAROL B. WHITEHURST

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendant's Motion to Dismiss (Rec. Doc. 8) is **DENIED WITHOUT PREJUDICE** at this time to allow Plaintiff, within **fourteen (14) days**, the opportunity to amend her Complaint to cure the deficiencies as provided in the Report and Recommendation.

Signed at Lafayette, Louisiana, this 24th day of July, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE