**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**DAWN GIROIR** **CIVIL ACTION**

**Plaintiff**

**V.** **NUMBER 26-CV001037-RRS-CBW**

**JUDGE ROBERT R. SUMMERHAYS**

**GREG AUCOIN, ST. MARY PARISH CLERK OF COURT**

**Defendants** **MAGISTRATE JUDGE CAROL B. WHITEHURST**

**MOTION TO SUPPLEMENT AND AMEND PETITION**

**MAY IT PLEASE THE COURT:**

**DAWN GIROIR,** plaintiff appearing through undersigned counsel desires to supplement and amend her petition pursuant to the judgment rendered on July 24, 2026 and the Magistrate Judge's report and recommendation filed herein.

This motion is based on the accompanying documents of record, and such evidence on which the Court may properly rely.

**Respectfully Submitted**

**C.E. Bourg II #3315**
**800 David Drive Suite 128**
**P.O. Box 643**
**Morgan City, Louisiana 70380**
**PH(985)384-1628**
**FAX(985)384-8481**
**cebourgii@att.net**

## CERTIFICATE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I further certify that I forwarded a copy of the foregoing pleading to Defendant's counsel via electronic mail on this 4th day of August, 2026.

**C.E. BOURG II #3315**