**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **DAWN GIROIR** | **CASE NO. 6:26-CV-01037** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **GREG AUCOIN** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Rule 12(b)(1) and/or 12(b)(6) Motion to Dismiss Amended Complaint filed on behalf of Defendant (Rec. Doc. 29) is hereby GRANTED.

Signed at Lafayette, Louisiana, this 6th day of November, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE